

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

FEB 17 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **BORDER SHIPYARDS, INC., JORGE GONZALEZ, CARL "JOE" GAYMAN, RUBEN BARRERA AND BUSTER HARRIS, AND FOR WILLIAM E. KENNON** | § | |
| **VS.** | § | **C.A. NO. B-99-019** |
| **ST. PAUL MERCURY INSURANCE COMPANY** | § | |

## DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendant St. Paul Mercury Insurance Company in the above styled and numbered cause of action, and, in accordance with this Court's Order, files this, its Disclosure of Interested Parties as follows:

1. St. Paul Mercury Insurance Company

2. The St. Paul Companies

Respectfully submitted,

HUGHES, RATHWELL & NIZIALEK, L.L.P.

BY: ______________________________

Philip D. Nizialek
State Bar No. 15045250
4900 Woodway, Ste. 1050
Houston, Texas 77056
Telephone: (713) 626-9656
Telecopier: (713) 626-9650

ATTORNEY-IN-CHARGE FOR DEFENDANT
ST. PAUL MERCURY INSURANCE COMPANY



ClibPDF - www.fastio.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
ST. PAUL MERCURY INSURANCE COMPANY

OF COUNSEL:

HUGHES, RATHWELL & NIZIALEK, L.L.P.
Schacht V. McCollum, II
State Bar No. 00794260
4900 Woodway, Ste. 1050
Houston, Texas 77056
Telephone: (713) 626-9656
Telecopier: (713) 626-9650

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to parties listed below via certified mail, return receipt requested on this the 16th day of February, 1999.

Mr. Dennis M. Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

Philip D. Nizialek



ClibPDF - www.fastio.com