

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC. | § | |
| JORGE GONZALEZ, CARL "JOE" | § | |
| GAYMAN, RUBEN BARRERA AND | § | |
| BUSTER HARRIS, AND FOR WILLIAM | § | |
| E. KENON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-019 |
| | § | |
| | § | |
| ST. PAUL MERCURY INSURANCE | § | |
| COMPANY | § | |

## DEFENDANT'S FIRST AMENDED ANSWER

TO THE HONORABLE DISTRICT COURT JUDGE

Defendant St. Paul Mercury Insurance Company ("St. Paul") files this its First Amended Answer and Counterclaim to Plaintiffs' Original Petition, and shows the following:

**First Affirmative Defense**

1. The Petition fails to state a cause of action upon which relief can be granted.

**Second Affirmative Defense**

2. The Petition should be dismissed because there is currently no justiciable controversy as between the parties, since the underlying lawsuit referenced in the Petition has been non-suited and not refiled.

3. Responding to the allegations of the Petition, St. Paul alleges, avers, and denies as follows:

4. St. Paul cannot admit or deny the truth of the allegations in the first paragraph of paragraph II of the Petition because it lacks information sufficient to justify a belief as to the truth of those allegations. St. Paul admits the allegations in the second paragraph of paragraph II of the Petition.

5.   St. Paul admits that on or about April 28th, 1998 it issued the referenced general liability insurance policy. St. Paul denies the remaining allegations in paragraph III of the Petition.

6.   St. Paul cannot admit or deny the truth of the allegations in the first sentence of paragraph IV of the Petition because it lacks sufficient information to justify a belief as to the truth of those allegations. St. Paul admits, however, that the referenced lawsuit was filed in the 197th Judicial District Court of Cameron County, Texas. St. Paul denies the remaining allegations in paragraph IV, since no such lawsuit is currently pending in Cameron County, Texas.

7.   St. Paul admits that the Plaintiffs have demanded St. Paul provide defense and indemnity at the time the underlying suit was pending. St. Paul denies the remaining allegation in paragraph V of the Petition.

8.   St. Paul denies the allegations in paragraph VI of the Petition, and further avers that St. Paul in fact did accept Plaintiffs' tender of defense, and appointed defense counsel to defend the shareholders in the underlying suit when that suit was pending.

9.   Paragraph VII of the Petition is the form of a prayer and, to the extent required, St. Paul denies that the Plaintiffs are entitled to the relief requested in that paragraph.

10.  St. Paul denies the allegations in paragraph VIII of the Petition.

11.  St. Paul denies the allegations in paragraph IX of the Petition.

12.  St. Paul denies the allegations in paragraph X of the Petition.

13.  St. Paul denies the allegations in paragraph XI of the Petition.

14.  St. Paul admits that the Plaintiffs have retained an attorney to represent them in this matter.

15.  St. Paul denies the remaining allegations in paragraph XII of the Petition.

16.  The allegations in paragraph XIII of the Petition require neither affirmance or denial, but to the extent that they do, St. Paul denies those allegations.

Respectfully submitted,

HUGHES, RATHWELL & NIZIALEK, L.L.P.

BY: _____
Philip D. Nizialek
State Bar No. 15045250
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone: (281) 296-8900
Telecopier: (281) 296-6970

ATTORNEY-IN-CHARGE FOR DEFENDANT
ST. PAUL MERCURY INSURANCE COMPANY

OF COUNSEL:

HUGHES, RATHWELL & NIZIALEK, L.L.P.
Schacht V. McCollum, II
State Bar No. 00794260
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone: (281) 296-8900
Telecopier: (281) 296-6970

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to parties listed below via facsimile and hand delivery on this the _____ day of May, 1999.

Mr. Dennis M. Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

_____
Philip D. Nizialek