6

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED

MAY 2 0 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **Judge** | Hilda G. Tagle |
| **Case Manager** | Letty Garza |
| **Law Clerk** | ■ Trevino   ☐ Spencer |
| **Date** | 5 / 20 / 1999 |
| **Time** | 10:45 a.m. — 10:55 a.m. |
| **Civil Action** | B-99-19 |
| **Style** | Borders Shipyards, Inc. *versus* St. Paul Mercury Ins. |

**Docket Entry**

(HGT)  ■ Hearing; _____ day  ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record)

__Dennis Sanchez__ for __Plaintiff Borders Shipyards__

__Philip D. Nizailek__ for __Defendant St. Paul Mercury Ins.__

☐ All motions not expressly decided are denied without prejudice.

☐ Evidence taken [exhibits or testimony].

☐ Argument heard on:   ☐ all pending motions;   ☐ these topics:

☐ Motions taken under advisement: _____

■ Scheduling order to be entered.

☐ Miscellaneous review set: _____

■ Rulings orally rendered on:

1. Court conducted initial pretrial conference.
2. Parties' attorneys indicated that the cause of action could be resolved through cross motions for summary judgement.
3. Scheduling order accepted and signed by Court.