7

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
MAY 20 1999
Michael N. Milby
Clerk of Court

Border Shipyards, Inc.
et al

§
§
§

versus

§

CIVIL ACTION B-99-019

§
§

St. Paul mercury
Ins. Co.

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.     ☒ Bench   ☐ Jury

2. New parties must be joined by: __Sept 1 1999__

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: __Jan. 15 2000__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __June 1 2000__

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by: __Aug. 1 2000__

*********************************************************************************

7. Joint pretrial order is due: _____

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: _____

    *The case will remain on standby until tried.*

9. Jury Selection: _____

Signed __May 20__, 199_9_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge