8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC. ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-99-19 |
| ST. PAUL MERCURY INS. CO., | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on July 19, 2000, the Court reviewed the file in Civil Action No. B-99-19.

1. Having been advised by counsel that the underlying state lawsuit has been re-filed, the Court lifts the stay issued in May 20, 1999;

2. The Court GRANTS the parties leave to re-plead the case in light of the newly filed state court lawsuit; and

3. A revised scheduling order will be entered.

DONE at Brownsville, Texas, this \_\_16\_\_ day of July 2000.

_____
Hilda G. Tagle
United States District Judge