9

United States District Court
Southern District of Texas
ENTERED

**JUL 2 5 2000**

Michael N. Milby, Clerk of Court

By Deputy Clerk _____

# UNITED STATES DISTRICT COURT          # SOUTHERN DISTRICT OF TEXAS

Border Shipyards Inc., etal                    §
   *versus*                                        §
St. Paul Mercury Ins. Co.                       §          CIVIL ACTION B- 99-019
                      §

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.          ☒ Bench      ☐ Jury

2. New parties must be joined by:          9-1-00

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:          1-15-01

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:          6-1-01

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

************************   The court will provide these dates.   *************************

6. Dispositive Motions will be filed by:          8-1-01

7. Joint pretrial order is due:          11-20-01

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:          12-6-01

9. Jury Selection is set for 9:00 a.m. on: N/A          _____

The case will remain on standby until tried.

    Signed __July 24__, 2000, at Brownsville, Texas.

                                 Hilda G. Tagle
                           United States District Judge

*Counsel, please sign on the back.*