//

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER SHIPYARDS, INC. § | |
| JORGE GONZALEZ, § | |
| CARL "JOE" GAYMAN, § | |
| RUBEN BARRERA and § | |
| BUSTER HARRIS, and § | |
| WILLIAM E. KENON § | CIVIL ACTION NO. B-99-019 |
| § | |
| VS. § | |
| § | |
| ST. PAUL MERCURY § | |
| INSURANCE COMPANY § | |

**PLAINTIFF BORDER SHIPYARDS, INC.'S UNOPPOSED MOTION TO EXTEND
DEADLINE TO DESIGNATE EXPERTS AND PROVIDE EXPERT REPORTS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, BORDER SHIPYARDS, INC., Plaintiff, and files its first Motion for an Extension of Time to Designate Experts and Provide Expert Reports, and would show as follows:

I.

This case is set for trial on December 6, 2001.

II.

Plaintiff, Border Shipyards, Inc.'s deadline for designation of experts is January 15, 2001, pursuant to the Court's scheduling order of July 24, 2000. Plaintiff, Border Shipyards, Inc., and Defendant, St. Paul Mercury Insurance Company, have entered into a written agreement to extend the deadline for Plaintiff, Border Shipyards, Inc., to designate its experts and provide expert reports, for two weeks, or until January 29, 2001, and Plaintiff,

---

Border Shipyards, Inc., respectfully requests the court to approve such agreement. Furthermore, there are other motions pending in this case which may cause another scheduling order to be prepared by this honorable court.

VI.

No prior extensions have been requested by Plaintiff, Border Shipyards, Inc., and this extension will not cause delay of the trial of this matter.

WHEREFORE, Plaintiff, Border Shipyards, Inc. prays that the time for filing its designation of experts and expert reports be extended two weeks to January 29, 2001.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX  78521-2257
Telephone:  (956) 546-3731
Telecopier: (956) 546-3766

By: _____
    Francisco J. Zabarte
    State Bar No. 222353500
    Federal Admission No. 10747

By: Dennis Sanchez With Permission
    State Bar No. 17569600
    Federal Admission No. 1594
    ATTORNEYS FOR PLAINTIFF
    BORDER SHIPYARDS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, by U.S. Certified Mail, return receipt requested, on this 23rd day of January, 2001, to-wit: Mr. Philip D. Nizialek, RATHWELL & NIZIALEK, P.C., Town Center One, 1450 Lake Robbins Drive, Suite 300, The Woodlands, TX 77380.

Dennis Sanchez