*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC. | § | |
| JORGE GONZALEZ, | § | |
| CARL "JOE" GAYMAN, | § | |
| RUBEN BARRERA and | § | |
| BUSTER HARRIS, and | § | |
| WILLIAM E. KENON | § | CIVIL ACTION NO. B-99-019 |
| | § | |
| VS. | § | |
| | § | |
| ST. PAUL MERCURY | § | |
| INSURANCE COMPANY | § | |

PLAINTIFF BORDER SHIPYARDS, INC.'S UNOPPOSED
MOTION TO EXTEND DEADLINE TO DESIGNATE
EXPERTS AND PROVIDE EXPERT REPORTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, BORDER SHIPYARDS, INC., Plaintiff, and files its first Motion for an Extension of Time to Designate Experts and Provide Expert Reports, and would show as follows:

I.

This case is set for trial on December 6, 2001.

II.

Plaintiff, Border Shipyards, Inc.'s deadline for designation of experts is January 15, 2001, pursuant to the Court's scheduling order of July 24, 2000. Plaintiff, Border Shipyards, Inc., and Defendant, St. Paul Mercury Insurance Company, have entered into a written agreement to extend the deadline for Plaintiff, Border Shipyards, Inc., to designate its experts and provide expert reports, for two weeks, or until January 29, 2001, and Plaintiff,

L:\D17\17910\Extend Experts Deadline.wpd

Page 1

Border Shipyards, Inc., respectfully requests the court to approve such agreement.  Furthermore, there are other motions pending in this case which may cause another scheduling order to be prepared by this honorable court.

VI.

No prior extensions have been requested by Plaintiff, Border Shipyards, Inc., and this extension will not cause delay of the trial of this matter.

WHEREFORE, Plaintiff, Border Shipyards, Inc. prays that the time for filing its designation of experts and expert reports be extended two weeks to January 29, 2001.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
      & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX  78521-2257
Telephone:  (956) 546-3731
Telecopier:  (956) 546-3766

By: _____
Francisco J. Zabarte
State Bar No. 222353500
Federal Admission No. 10747

By: Dennis Sanchez With Permission
State Bar No. 17569600
Federal Admission No. 1594
ATTORNEYS FOR PLAINTIFF
BORDER SHIPYARDS, INC.

ClibPDF - www.fastio.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Phlip D. Nizialek, attorney for Defendant, St. Paul Mercury Insurance Company, on January 12, 2001, who confirmed that he does oppose this motion, as stated in the agreement of even date attached hereto as Exhibit "A" and incorporated herein by reference.

_____
Francisco J. Zabarte

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, by U.S. Certified Mail, return receipt requested, on this **22**nd day of January, 2001, to-wit: Mr. Philip D. Nizialek, RATHWELL & NIZIALEK, P.C., Town Center One, 1450 Lake Robbins Drive, Suite 300, The Woodlands, TX 77380.

_____
Dennis Sanchez

L:\D17\17910\Extend Experts Deadline.wpd

Case 1:99-cv-00019   Document 33   Filed in TXSD on 01/22/2001   Page 4 of 4

## SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
### ATTORNEYS AT LAW
#### 100 NORTH EXPRESSWAY 83
#### BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1848-1987)

DENNIS H. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.

TEL (956) 546-3731
FAX (956) 546-3765

January 12, 2001

Philip D. Nizialek                              Via Fax 281-626-9650
HUGHES, RATHWELL & NIZIALEK, L.L.P.
Woodway Tower
4900 Woodway, Suite 1050
Houston, TX 77056

      Re:  Civil Action No. B-99-19
          *Border Shipyards, Inc. et al. v.*
          *St. Paul Mercury Insurance Company*

Dear Mr. Nizialek:

      Pursuant to our conversation of this day, I will be filing an unopposed Motion for Leave for Extension to Designate Experts and Provide Expert Reports.  Since you have informed that you are not opposed, I will so state in my motion and will request the court to extend the deadline for two weeks.  This letter, therefore, confirms our agreement to extend the deadline to designate experts and provide expert reports is extended until January 29, 2001.

      If the above correctly sets forth our agreement, please sign your name in the space provided for your signature and fax it back to me for filing with the Court.

      We appreciate your courtesy with regard to this matter.

                    Very truly yours,

                    Francisco J. Zabarte

FJZ/cl

AGREED TO:

By: _____
      Philip D. Nizialek
      Attorney for Defendant,
      St. Paul Mercury Ins. Co.

