14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER SHIPYARDS, INC. § | |
| JORGE GONZALEZ, § | |
| CARL "JOE" GAYMAN, § | |
| RUBEN BARRERA and § | |
| BUSTER HARRIS, and § | |
| WILLIAM E. KENON § | CIVIL ACTION NO. B-99-019 |
| § | |
| VS. § | |
| § | |
| ST. PAUL MERCURY § | |
| INSURANCE COMPANY § | |

PLAINTIFF BORDER SHIPYARDS, INC.'S
DESIGNATION OF
<u>EXPERTS AND PRODUCTION OF EXPERT REPORTS</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, BORDER SHIPYARDS, INC., Plaintiff, and files its Designation of Experts and Production of Expert Reports and would respectfully show the Courts as follows:

I

Pursuant to this honorable Court's order, Plaintiff hereby designates the following expert witness:

    Michael N. Swetnam, Jr.
    Swetnam Insurance Services
    148 N. Sam Houston, Suite 1A
    San Benito, Texas 78586
    (956) 399-4190

Mr. Swetnam has prepared a written preliminary report attached hereto as Exhibit "A" and incorporated herein by

reference. This expert's resume is attached as Exhibit "B" and incorporated herein by reference.

                                              Respectfully submitted,

                                              SANCHEZ, WHITTINGTON, JANIS
                                                      &amp; ZABARTE, L.L.P.
                                              100 North Expressway 83
                                              Brownsville, TX  78521-2257
                                              Telephone:  (956) 546-3731
                                              Telecopier: (956) 546-3766

By: _____
     Francisco J. Zabarte
     State Bar No. 222353500
     Federal Admission No. 10747

By:  Dennis Sanchez With Permission
     State Bar No. 17569600
     Federal Admission No. 1594
     ATTORNEYS FOR PLAINTIFF
     BORDER SHIPYARDS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, by U.S. Certified Mail, return receipt requested, on this 29nd day of January, 2001, to-wit: Mr. Philip D. Nizialek, RATHWELL & NIZIALEK, P.C., Town Center One, 1450 Lake Robbins Drive, Suite 300, The Woodlands, TX 77380.

_____
Dennis Sanchez

# S/S

**Swetnam Insurance Services**
148 N. Sam Houston, Suite 1A
P.O. Box 1008
San Benito, TX 78586

January 29, 2001

Mr. Francisco J. Zabarte, Esquire
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284

RE: Border Shipyards, Inc.
St. Paul Mercury Insurance Company
Policy Number: 342 ZT 5561

Dear Mr. Zabarte:

I have completed my initial review of the documents your office provided to me on behalf of Border Shipyards, Inc.

Insurance Policy Overview

The St. Paul Mercury Insurance Company's policy provides three (3) different types of insurance coverage to Border Shipyards, Inc. Each different type of insurance coverage is listed below:

    1) Marine General Liability;
    2) Ship Repairer's Legal Liability; and
    3) Wharfingers Legal Liability.

The policy contains five (5) sections which are outlined and listed below:

| | | |
|---|---|---|
| 1) | Section I | Marine General Liability - General Conditions |
| 2) | Section II | Coverage |
| 3) | Section III | Marine General Liability - Additional Coverage |
| 4) | Section IV | American Institute Ship Repairer's Legal Liability Clauses |
| 5) | Section V | Wharfingers Liability Clauses |

Under Section II; Coverage; Article (1) is the policy's insuring agreement that provides"....the Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of:
    Coverage A    Bodily Injury
    Coverage B    Property Damage
to which this insurance applies, caused by an occurrence, and the Company shall have the right

Phone: 956-399-4190
Fax: 956-399-4476
mswetnam@hotmail.com



and the duty to defend any suit against the insured seeking damages even if any of the allegations of the suit are groundless, false or fraudulent......"

Section II, Coverage; Article (2) "The insurance afforded hereunder is subject to the following exclusions:" clearly does not provide Border Shipyards, Inc. coverages for "...any obligation for which the insured or any carrier as his insurer maybe held liable under any workman's compensation, ......law, or under any similar law." Since the insurance coverages afforded under St. Paul Mercury Insurance Company's policy do not apply to Border Shipyards, Inc. employees' work related bodily injuries because of this exclusion, the insurance company does not have a duty to defend Border Shipyards, Inc. and Border Shipyards, Inc. doesn't have a legal basis to seek recovery against St. Paul Mercury Insurance Company for this loss.

However, if there is an incidental contract executed after April 28, 1998 and prior to May 11, 1998 between Border Shipyards, Inc. and Ricardo Rivera which includes a hold harmless and indemnification in favor of Ricardo Rivera, then Border Shipyards, Inc. has a strong position for their action against ST. Paul Mercury Insurance Company. Under Section III, Additional Coverage; Article 1., Contractual Liability Coverage; Paragraph A redefines the policy's definition of an incidental contract to include ".... any oral or written contract or agreement relating to the conduct of the Named Insured's business." Paragraph B, Subparagraphs 1 thru 5 expands the exclusions applicable to the new incidental contract definition; Paragraph C removes exclusions 2B, C, D and E under Section II and Paragraph D allows the insurance company to select arbitrators at any arbitration proceeding.

After reviewing various letters provided by your firms, St. Paul Mercury Insurance Company appears to reserve its rights under the policy based upon the lack of a written contract to indemnify and hold harmless between the parties based upon state and federal statutes. The state and federal statutes may apply in this particular case; however, it is necessary to consider what a "reasonably prudent" insurance purchaser could interpret from the insurance policy. It is my opinion that St. Paul Mercury Insurance Company's policy provides coverage for an incidental contract - including an oral agreement to hold harmless and indemnify a third party. If St. Paul Mercury Insurance Company desired to fully disclose the fact their insurance contract did not provide incidental contractual liability coverages for oral agreements to indemnify and hold harmless third parties; then it could have included an exclusion to eliminate this apparent coverage provided by its policy. Furthermore, if Border's oral holdharmless and indemnity agreement given to Rivera was provided on the same basis as their policy's coverages, then Border and Rivera could have reasonably believed St. Paul Mercury Insurance Company would "pay on behalf of" the third party's claim. Please provide any additional information that you or any other party(ies) may have so that I may review my opinion (if necessary).

If you have any questions, please do not hesitate to contact me.

Sincerely,

Michael Swetnam

# Professional Profile of Michael N. Swetnam, Jr.

**Employment History**

Commercial Union Assurance Companies
2300 E. Yandell Street
El Paso, Texas

    2/1982 to 4/1984    Position: Commercial Multi-line;
                                                      Multi-state Underwriter

Smith-Reagan Insurance Agency
148 North Sam Houston
San Benito, Texas 78586

    4/1984 to 8/1994    Position: Commercial Lines Manager

    4/1984 to 8/1994    Position: Vice-President - Operations

    4/1984 to Present    Position: Director

Swetnam Insurance Services
P.O. Box 1008
San Benito, Texas 78586

    1/1989 to Present    Position: Owner

**Insurance Licenses**

1) Local Recording Agent - Texas
2) Excess Surplus Lines Agent - Texas
3) Managing General Agent - Texas
4) Risk Manager - Texas
5) Reinsurance Broker-Intermediary - Texas

**Military Service**    Served in U.S. Army - 1974-77; Honorable Discharge



EXHIBIT B

| | |
|---|---|
| <u>Residence Address</u> | 3999 Y. Whitple Road<br>Los Fresnos, Texas 78566<br>(956) 233-1201 |
| <u>Education and</u><br><u>Professional Development</u> | 1972 - Graduated from McGregor High School, McGregor, Texas |

1981 - Graduated from Baylor University, Waco, Texas
     Majors - Finance, Economics and Accounting
     BBA degree received

1983 - Completed Commercial Union Assurance Companies
     Commercial Insurance Risks Underwriting Training
     Courses, Boston, Massachusetts

1984 - Completed Commercial Union Assurance Companies
     Commercial Boiler and Machinery Insurance Underwriting
     Program, Dallas, Texas

1986 - Completed Independent Insurance Agents of Texas -
     Associate Risk Management Program, Austin, Texas

1988 - Completed Health Care Risk Manager Program, University
     of Chicago, Medical Science Department and MMI
     Insurance Companies, Chicago, Illinois

1990 - Completed Agency Management, Life, Health and
     Commercial

1991 - Property Program Parts CIC Program, Society of Certified
     Insurance Councilors, various locations in Texas

1991 - Attended 2nd World Reinsurance Symposium -
     New York, New York

1992 - Attended 3rd World Reinsurance Symposium -
     New York, New York

1992 - Completed Self Study Commercial Automobile/Commercial
     Casualty Insurance Course - Provided 30 hours of
     continuing education

1993 - Attended 4th World Reinsurance Symposium -
     New York, New York

1995 - Completed Self Study Commercial Automobile/Commercial Casualty Insurance Course - Provided 30 hours of continuing education

1996 - 30 hours Commercial Insurance/SPI PMA Keynote Speaker

1997 - 30 hours Commercial Insurance/SPI PMA Keynote Speaker

1998 - 30 hours Commercial Insurance/SPI PMA Keynote Speaker

1999 - 30 hours Commercial Insurance

2000 - 30 hours Commercial Insurance