IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER SHIPYARDS, INC. <br> JORGE GONZALEZ, CARL "JOE" <br> GAYMAN, RUBEN BARRERA AND <br> BUSTER HARRIS, AND FOR WILLIAM <br> E. KENON <br><br> VS. <br><br> ST. PAUL MERCURY INSURANCE <br> COMPANY <br><br> VS. <br><br> RICARDO RIVERA | § § § § § § § § § § § § § § § § |

CIVIL ACTION NO. B-99-019

United States District Court
Southern District of Texas
FILED
APR 0 5 2001
Michael N. Milby
Clerk of Court

## JOINT MOTION TO REMAND

COMES NOW RICARDO RIVERA, Third Party Defendant, and Border Shipyards, Inc., Plaintiff, in this action, and pursuant to 28 U.S.C. § 1447(e) moves this Court for an order remanding this action to the state court, and in support of this motion, movants show:

### FACTS

1. Border Shipyards, Inc. commenced the instant law suit against St. Paul Mercury Insurance Company, on January 6, 1999 in the 357th Judicial District Court of Cameron County, Texas, under Cause No. 99-01-00035-E.

2. St. Paul filed a Notice of Removal of the case to this Honorable Court based on diversity of citizenship on February 1, 1999.

3. On March 15, 2001 this Honorable Court, granted St. Paul's Motion for leave to file a Second Amended Answer and Third Party Complaint against Ricardo Rivera.

4. On March 26, 2001 Ricardo Rivera, through his undersigned attorney, accepted service of St. Paul's Third Party complaint.

DIVERSITY HAS BEEN DESTROYED

5. Complete diversity is necessary for diversity jurisdiction. Third Party Defendant, Ricardo Rivera, is a citizen and resident of Cameron County, Texas. See, St. Paul's Third Party Compliant, p.2.

6. If after removal the Plaintiff seeks to join additional Defendants whose citizenship would destroy diversity, the District Court may deny joinder or permit joinder and remand the case. 28 U.S.C. S 1447(e). If any Plaintiff and any Defendant are citizens of the same state, diversity is destroyed and there is no federal jurisdiction. See the Indianapolis v. Chase National Bank, 314 U.S. 63, 69-70, 62 S. Ct. 15, 86 L. Ed. 47 (1941).

7. If at any time before final judgement it appears that District Court lacks subject matter jurisdiction, the case shall be remanded. 28 U.S.C. 1447(c). The removing party has the burden of pleading and proving diversity which has not been done in this case. See Mas v. Perry, 489 F. 2d 1396, 1399 (5th Cir. [La.]1974)

8. Furthermore, St. Paul Mercury Insurance Company had no basis for its original removal. Any direct action against the insurer of a policy or a contract of liability insurance, whether

incorporated or unincorporated, to which action the insured is not joined as a party-defendant, such insurer shall be deemed the citizen of the State of which the insured is a citizen, as well as of any State by which the insured has been incorporated, and of the State where it has its principal place of business. 28 U.S.C. 1332(c).

WHEREFORE, premises considered, Third Party Defendant, Ricardo Rivera and Plaintiff Border Shipyards, Inc., request that the Court remand this civil action to the 357th Judicial District Court of Cameron County, Texas instanter, or alternatively set this matter for hearing, and for such other further relief in law and in equity to which Third Party Defendant and Plaintiff may be justly entitled.

Respectfully submitted,

*Jack G. Carinhas, Jr.*
Jack G. Carinhas, Jr.
State Bar No. 03795000
Federal Admission No. 1179
ATTORNEY FOR THIRD-PARTY DEFENDANT

302 Kings Hwy. Suite 109
Brownsville, Texas 78521
Telephone: 956/542-9161
Telecopier: 956/542-3651

*Dennis Sanchez*
Dennis Sanchez
State Bar No. 17569600
Federal Admission No. 1594
ATTORNEYS FOR PLAINTIFF
BORDER SHIPYARDS, INC.

```
                    SANCHEZ, WHITTINGTON, JANIS
                    & ZABARTE, L.L.P.
                    100 North Expressway 83
                    Brownsville, Texas  78521-2284
                    Telephone: (956) 546-3731
                    Telecopier: (956) 546-3765
```

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Philip D. Nizialek, attorney for St. Paul Mercury Insurance Company on April 5, 2001 who confirmed that he opposes the forgoing Motion.

*/s/ Dennis M. Sanchez*
Dennis M. Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, by U.S. Certified Mail, return receipt requested, on this 22nd day of January, 2001, to-wit: Mr. Philip D. Nizialek, RATHWELL & NIZIALEK, P.C., Town Center One, 1450 Lake Robbins Drive, Suite 300, The Woodlands, TX 77380.

*/s/ Dennis M. Sanchez*
Dennis M. Sanchez