26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC. | § | |
| JORGE GONZALEZ, CARL "JOE" | § | |
| GAYMAN, RUBEN BARRERA AND | § | |
| BUSTER HARRIS, AND FOR WILLIAM | § | |
| E. KENON | § | |
| | § | CIVIL ACTION NO. B-99-019 |
| VS. | § | |
| | § | |
| ST. PAUL MERCURY INSURANCE | § | |
| COMPANY | § | |

## BORDER SHIPYARD, INC.'S OPPOSITION TO ST. PAUL'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO ST. PAUL'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, BORDER SHIPYARD, INC., Plaintiff, and files this its Opposition to St. Paul's Motion for Leave to File A Reply to Plaintiff's Response to St. Paul's Motion for Summary Judgment, and would respectfully show as follows:

I.

St. Paul filed its Motion for Summary Judgment on April 2, 2001.

On April 19, 2001, Border Shipyards, Inc., et al., filed the Response In Opposition to St. Paul's Motion for Summary Judgment.

On May 2, 2001, St. Paul filed its present motion seeking to reply to Border's Response in Opposition to St. Paul's Motion for Summary Judgment. Theoretically, both parties could continue to reply *ad infinitum* to the responses made by the opposing party. The filing of the

present motion by St. Paul now requires Border to file a request to allow it to file a response to the reply of St. Paul.

Border believes that the original Motion for Summary Judgment filed by St. Paul and the response filed by Border Shipyards, Inc., et al. properly raise the issues and discuss the facts. However, St. Paul now wants to have a second chance to rebut the arguments and facts raised by Border in its response. Border does not believe that it would be fair to allow St. Paul to have the "last word" in the argument. Therefore, if this Court deems it necessary to allow St. Paul to file a reply, then it would only be fair to also allow Border Shipyards, Inc. to file a reply to St. Paul's reply.

Border Shipyards, Inc. believes, however, that the proposed St. Paul reply simply seeks to reargue, albeit in a more sarcastic manner, the issues that have previously been addressed in the first round of briefs.

WHEREFORE, premises considered, Border Shipyards, Inc. suggests to this Court that the original Motion for Summary Judgment filed by St. Paul and the original Response filed by Border Shipyards, Inc. should be the original and only documents considered by the Court.

If this Court deems that it is in the best interest of justice to allow a reply to be filed by St. Paul, then Border Shipyards, Inc. would respectfully request that it also be granted an opportunity to file a response to St. Paul's reply.

                                                         Respectfully submitted,

By: _____
Dennis Sanchez
State Bar No. 17569600
Cameron Co. No. 2204
Federal Bar No. 1594

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax
ATTORNEYS FOR PLAINTIFF
BORDER SHIPYARDS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the parties listed below in the manner set forth opposite their names:

Mr. Philip D. Nizialek **(CM,RRR)**
RATHWELL & NIZIALEK, P.C.
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380

Mr. Jack G. Carinhas, Jr. **(CM,RRR)**
302 Kings Highway, Suite 109
Brownsville, Texas 78521

on this _18th_ day of May, 2001.

_____
DENNIS SANCHEZ