IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 21 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC., | § | |
| JORGE GONZALEZ, | § | |
| CARL "JOE" GAYMAN, | § | |
| RUBEN BARRERA and | § | |
| BUSTER HARRIS, and | § | |
| FOR WILLIAM E. KENON | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-019 |
| | § | |
| ST. PAUL MERCURY | § | |
| INSURANCE COMPANY | § | |

## St. PAUL MERCURY INSURANCE COMPANY's
## MOTION for LEAVE to FILE a SUPPLEMENT to ST. PAUL'S
## MOTION for SUMMARY JUDGMENT

TO THE HONORABLE DISTRICT COURT JUDGE:

St. Paul Mercury Insurance Company ("St. Paul") respectfully presents this Motion for Leave to File a Supplement to its previously filed Motion for Summary Judgment against Border Shipyards, Inc., Jorge Gonzalez, Carl "Joe" Gayman, Ruben Barrera and Buster Harris and for William E. Kennan. The proposed Supplement to St. Paul's Motion for Summary Judgment is attached as Exhibit "A."

### FACTUAL BACKGROUND

1. As the Court will recall, this is an insurance coverage lawsuit. Plaintiffs herein are the Defendants in an underlying lawsuit styled *Petra Lopez, et al. vs. Borders Shipyards, Inc., et al.*, cause no. 98-08-03040-C in the 103rd Judicial District of Cameron County, Texas.

2. Defendant St. Paul filed its Motion for Summary Judgment on April 2, 2001 (against Plaintiffs herein only; St. Paul has not filed a Motion for Summary Judgment against Third-Party Defendant Ricardo Rivera).

3.  On April 10, 2001, Plaintiffs in the underlying lawsuit filed a Second Amended Original Complaint, slightly modifying their allegations against the Defendants in that lawsuit (Plaintiffs herein).

4.  Plaintiffs herein apparently believe that the Second Amended Petition affects St. Paul's Motion for Summary Judgment, which was filed when the First Amended Petition was the underlying plaintiffs' active petition. (*See, e.g.*, their Joint Response to the Motion for Summary Judgment, ¶ 1.13.) St. Paul disagrees with this assessment, but believes it should address the new issues presented in the interest of thoroughness and order to allow the Court to fairly adjudge the issues before it. Any inconvenience or hardship to Plaintiffs will be minimal.

## PRAYER

**WHEREFORE**, Defendant St. Paul respectfully asks the Court to grant it leave to file a Supplement to its Motion for Summary Judgment, and that the Supplement to the Motion for Summary Judgment be deemed filed upon the Court's granting of this Motion for Leave. St. Paul also prays for such other and further relief to which it may be entitled.

Respectfully submitted,

BY: *Philip D. Nizialek*
Philip D. Nizialek
State Bar No. 15045250
S.D. Bar No. 14582
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone: (281) 296-8900
Telecopier: (281) 296-6970

ATTORNEY-IN-CHARGE FOR
ST. PAUL MERCURY INSURANCE COMPANY

OF COUNSEL:
RATHWELL & NIZIALEK, P.C.
Richard Virnig
State Bar No. 20593220
S.D. No. 9464
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone: (281) 296-8900
Telecopier: (281) 296-6970

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6(A)(4), no conference with opposing counsel is required for this Supplement to a Rule 56 Motion for Summary Judgment. St. Paul's counsel assumes counsel for Plaintiffs and for Mr. Rivera would oppose the Motion for Leave.

_____
Philip D. Nizialek

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the parties listed below via certified mail, return receipt requested, on this the 11th day of May, 2001.

Mr. Dennis M. Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

Mr. Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_____
Philip D. Nizialek