33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG - 9 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER SHIPYARDS, INC., | § |
| JORGE GONZALEZ, | § |
| CARL "JOE" GAYMAN, | § |
| RUBEN BARRERA and | § |
| BUSTER HARRIS, and | § |
| FOR WILLIAM E. KENON | § |
| | § |
| VS. | § CIVIL ACTION NO. B-99-019 |
| | § |
| ST. PAUL MERCURY | § |
| INSURANCE COMPANY | § |

### St. PAUL MERCURY INSURANCE COMPANY's MOTION for LEAVE to FILE a REPLY to THIRD-PARTY DEFENDANT RICARDO RIVERA'S RESPONSE IN OPPOSITION to ST. PAUL'S MOTION for SUMMARY JUDGMENT against RICARDO "RICK" RIVERA

TO THE HONORABLE DISTRICT COURT JUDGE:

St. Paul Mercury Insurance Company ("St. Paul") respectfully presents this Motion for Leave to File a Reply to Third-Party Defendant Ricardo Rivera's Response in Opposition to St. Paul's previously filed Motion for Summary Judgment against Ricardo "Rick" Rivera. The proposed Reply is attached as Exhibit "A" hereto.

### FACTUAL BACKGROUND

1. Defendant St. Paul filed its Motion for Summary Judgment against Mr. Rivera on June 12, 2001.

2. On or about July 2, 2001, Mr. Rivera filed his Response in Opposition to St. Paul's Motion for Summary Judgment.

3. Mr. Rivera's Response raises novel issues of waiver and estoppel. It also makes unsubstantiated factual assertions related to two previous claims allegedly paid by St. Paul (only one

of which was paid by St. Paul, and under circumstances wholly dissimilar to those alleged by Mr. Rivera). Mr. Rivera also asserts that Border Shipyards' insurance broker was "St. Paul's insurance agent" and has acted so as to estop St. Paul from asserting its otherwise proper coverage defenses.

4.  St. Paul acknowledges that its request for leave to file its reply comes after the normal twenty day deadline in which to file responses and rejoinders to Motions for Summary Judgment. However, Mr. Rivera used every moment available to him to respond, putting St. Paul outside the twenty day mark before its counsel even received the Response.

5.  More importantly, St. Paul believes it needs to address Mr. Rivera's newest issues and assertions in order to allow the Court to fairly adjudge the issues properly before it, and believes these developments support an exception to the deadline. St. Paul believes any inconvenience or hardship to Mr. Rivera (or to his tandem litigants the Plaintiffs herein) will be minimal. At any rate, such inconvenience is vastly outweighed by St. Paul's need to reply to the matters asserted (and the Court's need to weigh that reply in the interest of justice).

## PRAYER

**WHEREFORE**, Defendant St. Paul respectfully asks the Court to grant it leave to file its Reply to Mr. Rivera's Response in Opposition to St. Paul's Motion for Summary Judgment, and that the Reply be deemed filed upon the Court's granting of this Motion for Leave. St. Paul also prays for such other and further relief to which it may be entitled.

Respectfully submitted,

BY: _____
Philip D. Nizialek
State Bar No. 15045250
S.D. Bar No. 14582
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380

Telephone: (281) 296-8900
Telecopier: (281) 296-6970

ATTORNEY-IN-CHARGE FOR
ST. PAUL MERCURY INSURANCE COMPANY

OF COUNSEL:
RATHWELL & NIZIALEK, P.C.
Richard Virnig
State Bar No. 20593220
S.D. No. 9464
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380
Telephone: (281) 296-8900
Telecopier: (281) 296-6970


Attachment:    St. Paul's Reply to Mr. Rivera's Response

ClibPDF - www.fastio.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6(A)(4), no conference with opposing counsel is required for this reply to a response to a Rule 56 Motion for Summary Judgment. St. Paul's counsel assumes counsel for Plaintiffs and for Mr. Rivera would oppose the Motion for Leave.

_____
Philip D. Nizialek

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the parties listed below via certified mail, return receipt requested, on this the 8th day of August, 2001.

Mr. Dennis M. Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

Mr. Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_____
Philip D. Nizialek