United States District Court
Southern District of Texas
FILED

NOV 1 9 2001

Michael N. Milby
Clerk of Court



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC., <br> JORGE GONZALEZ, <br> CARL "JOE" GAYMAN, <br> RUBEN BARRERA and <br> BUSTER HARRIS, and <br> FOR WILLIAM E. KENON <br><br> VS. <br><br> ST. PAUL MERCURY INSURANCE <br> COMPANY | § § § § § § § § § § § § § | CIVIL ACTION NO. B-99-019 |

## AGREED JOINT MOTION FOR CONTINUANCE

Plaintiff, Border Shipyards, Inc., Defendant St. Paul Mercury Insurance Company and Third-Party Defendant Ricardo Rivera a/k/a Rick Rivera, owner of the *F/V La Negrita,* pursuant to FRCP 15, file this Agreed Joint Motion for Continuance, and in support would show the Court as follows:

1. This action involves an insurance coverage dispute between Border Shipyards, Inc., its directors and officers ("Border"), Ricardo Rivera a/k/a Rick Rivera, owner of the *F/V La Negrita* ("Rivera") and comprehensive general liability insurer St. Paul Mercury Insurance Company ("St. Paul"). The seminal issue in this case is whether St. Paul has a duty under a policy of marine liability insurance to defend and indemnify Border and Rivera in a lawsuit brought against them by Petra Lopez, individually, and as representative of the Estate of Ernesto Garcia Lopez in the matter styled Cause No. 2000-02-758-D; *Petra Lopez, et al., v. Border Shipyards, Inc., et al.,* In the 103rd Judicial District Court of Cameron County, Texas.

2. Currently pending before this Court are:

1

(a) St. Paul's Motion for Summary Judgment;
(b) Third Party Defendant's Joint Motion to Remand;
(c) St. Paul's Response to Plaintiff's and Third-Party Defendant's Joint Motion to Remand;
(d) Border's and Third Party Defendant's Response in Opposition to St. Paul's Motion for Summary Judgment;
(e) St. Paul's Reply to Plaintiff's and Third Party Defendant's Response in Opposition to St. Paul's Motion for Summary Judgment;
(f) St. Paul's Motion to Strike and Objections to the Affidavit of Morgan Gross and the Report of Michael Swetnam;
(g) St. Paul's Motion for Leave to File Supplement Response to St. Paul's Motion for Summary Judgment;
(h) Border's Opposition to St. Paul's Motion for Leave to File a Reply to Plaintiff's Response to St. Paul's Motion for Summary Judgment;
(i) Border's Opposition to St. Paul's Motion to Strike and Objections to the Affidavit of Morgan Gross and Report of Michael Swetnam;
(j) Border's Motion for Leave to File Additional Summary Judgment Evidence;
(k) Border's Response to St. Paul's Supplemental Motion for Summary Judgment;
(l) St. Paul's Motion for Summary Judgment against Ricardo Rivera;
(m) Rivera's Response in Opposition to St. Paul's Motion for Summary Judgment;
(n) St. Paul's Reply to Rivera's Response in Opposition to St. Paul's Motion for Summary Judgment against Ricardo Rivera;
(o) Rivera's Objection to St. Paul's Motion for Leave to File a Reply to Rivera's Response in Opposition to St. Paul's Motion for Summary Judgment; and
(p) St. Paul's Rejoinder to Rivera's Objection to St. Paul's Motion for Leave to File a Reply to Rivera's Response in Opposition to St. Paul's Motion for Summary Judgment.

3. While there is no trial date set as yet, a pretrial conference is scheduled for December 6, 2001 and the Court's pretrial order is due November 20, 2001. Given the current posture of the case, all the parties believe that a trial of this matter at this time would be a waste of judicial resources. They accordingly seek a 90 day continuance to facilitate resolution of this matter via the Court's ruling on the parties' currently pending motions.

4.     All the parties further realize that this Court has an extremely busy docket, and that the Court may require more time to analyze their respective positions and rule on the pending motions. In an effort to give the Court an appropriate amount of time within which to resolve this dispute in the most economical fashion, the parties request that the current final pretrial conference be continued for 90 days to give the Court ample time in which to analyze the parties' positions and rule on their respective motions for summary judgment. The parties also request that the deadline for the filing of the Joint Pretrial Order be similarly continued for 90 days.

5.     This is the first trial setting in this matter, and this Agreed Joint Motion for Continuance is not filed for purposes of delay, but so that justice may be served.

WHEREFORE, Plaintiff, Border Shipyards, Inc., Defendant St. Paul Mercury Insurance Company and Third-Party Defendant Ricardo Rivera a/k/a Rick Rivera, owner of the *F/V La Negrita*, pray that the Court grant their Agreed Joint Motion for Continuance, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

By:_____
Philip D. Nizialek
State Bar no. 15045250
S.D. Bar no. 14582
ATTORNEY-IN-CHARGE FOR ST. PAUL INSURANCE COMPANY

OF COUNSEL:
RATHWELL & NIZIALEK, P.C.
Richard Virnig
State Bar no. 20593220
1450 Lake Robbins Drive, Suite 300

3

The Woodlands, Texas 77380
Telephone: (281) 296-8900
Telecopier: (281) 296-6970

By: /s/ Dennis Sanchez
Dennis Sanchez   Federal Bar No. 1594
State Bar No. 17569600
ATTORNEYS FOR PLAINTIFFS BORDER SHIPYARDS, INC., JORGE GONZALEZ, CARL "JOE" GAYMAN, RUBEN BARRERA, BUSTER HARRIS and WILLIAM E. KENON

OF COUNSEL:
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone:   (956) 546-3731
Facsimile:   (956) 546-3766

Respectfully submitted,

By /s/ Jack Carinhas, Jr.
Jack Carinhas, Jr.
Fed. I.D. 1179 -- State Bar No. 03795000
ATTORNEY-IN-CHARGE FOR THIRD PARTY DEFENDANT RICARDO RIVERA

OF COUNSEL:
JACK G. CARINHAS, JR.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone:   (956) 542-9169
Facsimile:   (956) 542-3651

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the parties listed below via certified mail, return receipt requested, on this the _19th_ day of November, 2001.

Mr. Dennis M. Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521-2284

Mr. Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_Philip D. Nizialek by DM_
Philip D. Nizialek

5