39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 28 2001

by Deputy Clerk

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC. ET AL., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-99-19 |
| ST. PAUL MERCURY INS. CO., | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on November 26, 2001, the Court **DENIED** the parties' Agreed Joint Motion for Continuance [Dkt. No. 37].

DONE at Brownsville, Texas, this 28th day of November 2001.

_____
Hilda G. Tagle
United States District Judge