IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC. ET AL., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-99-19 |
| ST. PAUL MERCURY INS. CO., | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on November 26, 2001, the Court **GRANTED** Defendant St. Paul Mercury Insurance Company's Motions for Summary Judgment against Border Shipyards, et. al. [Dkt. No. 19] and Ricardo "Rick" Rivera [Dkt. No. 31]. A memorandum of law will follow providing the Court's reasoning as well as disposing of all remaining motions in this matter.

DONE at Brownsville, Texas, this 28th day of November 2001.

Hilda G. Tagle
United States District Judge