41

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

BORDER SHIPYARDS, INC., et al §
§
§
*versus* § CIVIL ACTION B: 99-19
§
§
ST. PAUL MERCURY INSURANCE CO. §

NOV 2 8 2001

## Order Canceling Docket Call

1. Docket call and final pretrial conference set for **December 6, 2001** has been *canceled*.

2. Each party must send a copy of this order to every other party and affected non-party.

Signed on November 28, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge