42

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER SHIPYARDS, INC. JORGE GONZALEZ, CARL "JOE" GAYMAN, RUBEN BARRERA AND BUSTER HARRIS, AND FOR WILLIAM E. KENON, | § § § § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. B-99-019 |
| VS. | § § | |
| ST. PAUL MERCURY INSURANCE COMPANY, | § § § § | |
| Defendant, | § § | |
| VS. | § § | |
| RICARDO RIVERA, | § § | |
| Third-Party Defendant. | § | |

## JOINT NOTICE OF APPEAL

Notice is hereby given that BORDER SHIPYARDS, INC., JORGE GONZALEZ, CARL "JOE" GAYMAN, RUBEN BARRERA, AND BUSTER HARRIS, AND FOR WILLIAM E. KENON, Plaintiffs, and RICARDO RIVERA, Third-Party Defendant, in the above named case, hereby jointly appeal to the United States Court of Appeals for the Fifth Circuit from an order granting Defendant St. Paul Mercury Insurance Company's Motions for Summary Judgement entered in this action on the 28th day of November, 2001.

By: _____
Dennis Sanchez
State Bar No. 17569600
Cameron Co. No. 2204
Federal Bar No. 1594

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

ATTORNEYS FOR PLAINTIFFS

AGREED TO AND JOINED:

By: _____
Jack G. Carinhas, Jr.
Federal Bar No.:1179
State Bar No.:03795000

LAW OFFICE OF JACK G. CARINHAS, JR.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
(956) 542-9161 - Telephone
(956) 542-3651 - Fax

ATTORNEY FOR THIRD-PARTY DEFENDANT RICARDO RIVERA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the parties listed below in the manner set forth opposite their names:

Mr. Philip D. Nizialek **(CM,RRR)**
RATHWELL & NIZIALEK, P.C.
Town Center One
1450 Lake Robbins Drive, Suite 300
The Woodlands, Texas 77380

on the _11_ day of December, 2001.

_____
Dennis M. Sanchez