44

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---
No. 02-40054
---

D.C. Docket No. B-99-CV-19

U.S. COURT OF APPEALS
**FILED**
DEC 1 0 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 0 7 2003
Michael N. Milby
Clerk of Court

BORDER SHIPYARDS INC; JORGE GONZALEZ; CARL "JOE" GAYMAN; RUBEN BARRERA; BUSTER HARRIS, Guarantor; WILLIAM E KENNON

      Plaintiffs - Appellants

v.

ST PAUL MERCURY INSURANCE CO;

      Defendant - Third Party Plaintiff - Appellee

v.

RICARDO RIVERA, doing business as Rick Rivera, also known as La Negrita

      Third Party Defendant - Appellant


Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.


## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.


ISSUED AS MANDATE: JAN 2 2003

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
      Deputy
New Orleans, Louisiana
JAN 2 2003

In the United States Court of Appeals

For the Fifth Circuit

Nº 02-40054

U.S. COURT OF APPEALS
**FILED**
DEC 1 0 2002

CHARLES R. FULBRUGE ..
CLERK

BORDER SHIPYARDS, INC.; JORGE GONZALEZ; CARL "JOE" GAYMAN;
RUBEN BARRERA; BUSTER HARRIS, GUARANTOR; WILLIAM E. KENNON,

Plaintiffs-Appellants,

VERSUS

ST. PAUL MERCURY INSURANCE COMPANY,

Defendant-
Third Party Plaintiff-
Appellee,

VERSUS

RICARDO RIVERA,
DOING BUSINESS AS RICK RIVERA, ALSO KNOWN AS LA NEGRITA,

Third Party Defendant-
Appellant.

Appeal from the United States District Court
for the Southern District of Texas
Nº B-99-CV-19

Before SMITH, BARKSDALE, and
EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

In this dispute over a contract of insurance, the district court found no issues of material fact and granted summary judgment in favor of St. Paul Mercury Insurance Company, concluding that it had no obligation to defend under its policy. All issues except the duty to defend have been settled.

We have read the briefs and have heard the arguments of counsel, and have consulted pertinent portions of the record. On the basis of applicable caselaw and the summary judgment record, we find no reversible error. We affirm, essentially for the reasons given by the district court.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

January 2, 2003

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 02-40054 Border Shipyards Inc v. St Paul Mercury Ins
      USDC No. B-99-CV-19

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Volumes     (   ) Envelopes     (   ) Boxes

                      Sincerely,

                      CHARLES R. FULBRUGE III, Clerk

              By: _____
                      Carol LeSage, Deputy Clerk

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Dennis M Sanchez
    Mr Philip d Nizialek
    Mr Jack G Carinhas Jr

MDT-1